# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Grupo Complersa S.A. De C.V., | ) | |
|     Plaintiff, | ) | |
|     v. | ) | No. 17-cv-8183 |
| | ) | JURY DEMANDED |
| Oversys USA, LLC, | ) | Judge Manish S. Shah |
|     Defendant. | ) | Magistrate Judge Sheila Finnegan |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, under FRCP 41(a)(1)(A)(i), pre-answer, hereby voluntarily dismisses its action against Defendant Oversys USA, LLC, (X) without prejudice () with prejudice.

**GRUPO COMPLERSA S.A. DE C.V.**


s/ Dmitry Feofanov
Bar Number: 6224899
Attorney for Plaintiff
CHICAGOLEMONLAW.COM, P.C.
404 Fourth Avenue West
Lyndon, Illinois 61261
Telephone: 815/986-7303
Facsimile: 815/986-6653
Email: Feofanov@ChicagoLemonLaw.com

## Certificate of Service

I hereby certify that on December 9, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

All counsel of record.

s/ Dmitry Feofanov
Bar Number: 6224899
Attorney for Plaintiff
CHICAGOLEMONLAW.COM, P.C.
404 Fourth Avenue West
Lyndon, Illinois 61261
Telephone: 815/986-7303
Facsimile: 815/986-6653
Email: Feofanov@ChicagoLemonLaw.com